IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

CYTOSPORT, INC.,

    Plaintiff,

vs.                                            CIV-S-06-1799 RRB EFB

NATURE'S BEST, a New York corporation,
KERRY (QUEBEC), INC., a Canadian
corporation, KERRY FOODS, INC., a Delaware
corporation, Does 1 through 10, inclusive

    Defendants.

_____/

    Plaintiff filed a discovery motion on September 12, 2007, and set the matter for hearing on **October 3, 2007, at 10:00 a.m.**  Defendants also filed a discovery motion on September 12, 2007, and set that matter for hearing on October 3, 2007.  Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement concerning both motions ***shall be filed no later than five court days before the scheduled hearing.***  The filing deadline, accordingly, will be September 26, 2007.

    The disputes may be organized by category, with specific discovery items attached, if appropriate, as an exhibit.  For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition.  E.D. Cal. L.R. 37-251(c)(3).  Do not file separate briefing.  *Id.*

    Privilege objections must comply with Fed. R. Civ. P. 26(b)(5).  Except in extraordinary circumstances, the party claiming privilege may not submit a post-hearing privilege log.  The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

    The moving party is responsible for filing the joint statement.  The opposing party nevertheless must timely draft and submit its portion.  Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

Dated:  September 13, 2007.

                                                           EDMUND F. BRENNAN
                                                           U.S. Magistrate Judge