| | |
|---|---|
| Glenn W. Peterson, SBN 126173<br>MILLSTONE PETERSON & WATTS, LLP<br>2267 Lava Ridge Court, Suite 210<br>Roseville, California 95661<br>Telephone No. (916) 780-8222<br>Facsimile No. (916) 780-8775<br><br>Peter M. de Jonge<br>THORPE NORTH & WESTERN, LLP<br>8180 South 700 East, Suite 200<br>Sandy, Utah 84070<br>Telephone No. (801) 566-6633<br>Facsimile No. (801) 566-0750<br><br>and<br><br>Mark M. Bettilyon<br>RAY, QUINNEY & NEBEKER<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84145<br>Telephone No. (801) 532-1500<br>Facsimile No. (801) 532-7543<br><br>Attorneys for CytoSport, Inc.<br><br>Michael E. Chase, SBN 214506<br>BOUTIN GIBSON DI GIUSTO HODELL INC.<br>555 Capitol Mall, Suite 1500<br>Sacramento, California 95814<br>Telephone No. (916) 321-4444<br>Facsimile No. (916) 441-7597 | and<br><br>Albert Robin, Admitted Pro Hac Vice<br>Kieran Doyle, Admitted Pro Hac Vice<br>COWAN, LIEBOWITZ & LATMAN, P.C.<br>1133 Avenue of the Americas<br>New York, New York 10036-6799<br>Telephone No. (212) 790-9246<br>Facsimile No. (212) 575-0671<br><br>Attorneys for The Isopure Company, L.L.C., formerly known as Nature's Best, Inc.<br><br>Gregory A. Long Cal. Bar No. 57642<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, California 90071<br>Telephone:  (213) 620-1780<br>Facsimile:  (213) 620-1398<br><br>Attorneys for Kerry (Quebec) Inc. and Kerry Inc. |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>NATURE'S BEST, INC., a New York corporation, KERRY (QUEBEC), INC., a Canadian corporation, KERRY FOODS, INC., a Delaware corporation, and Does 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:06-CV-01799-RRB-EFB<br><br>**STIPULATION AND ORDER TO SUBSTITUTE THE ISOPURE COMPANY, L.L.C. IN PLACE AND STEAD OF NATURE'S BEST, INC.**<br><br>Judge: Hon. Ralph R. Beistline |

25853/063/813444.3
124801.1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff/counterdefendant CytoSport, Inc., defendant/counterclaimant Nature's Best, Inc; defendants Kerry (Quebec) Inc. and Kerry Inc.; and proposed substituted party The Isopure Company, L.L.C., hereby stipulate and agree as follows:

1. Nature's Best, Inc. ("NBI") is currently a named defendant and counterclaimant in this action.

2. On or about September 14, 2007, NBI and other companies merged into another entity, Windswept Equity Partners, Inc., a New York corporation ("Windswept").

3. On or about November 19, 2007, Windswept contributed all of its assets to The Isopure Company, L.L.C., a Delaware limited liability company, having offices at 195 Engineers Road, Hauppauge, New York 11788 ("Isopure"). As part of this transaction, Isopure assumed all of Windswept's liabilities.

4. On or about November 21, 2007, Windswept assigned to Isopure all of its trademarks, including the trademark "MICELLAR MILK" and the application for registration thereof currently pending before the United States Patent and Trademark Office.

5. The parties agree that good cause exists, pursuant to Rules 16 and 25 of the Federal Rules of Civil Procedure, for this Court to order that Isopure, as the ultimate transferee of interest of NBI, be substituted in this action in place and stead of NBI.

6. Isopure will be represented in this action by Albert Robin and Kieran Doyle of Cowan, Liebowitz & Latman, P.C. and Michael E. Chase of Boutin Gibson Di Giusto Hodell Inc.

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE ISOPURE COMPANY, L.L.C. IN PLACE AND STEAD OF NATURE'S BEST, INC.**

25853/063/813444.3
124801.1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: December 27, 2007. | RAY, QUINNEY & NEBEKER |
| 2 | | |
| 3 | |    /s/ Samuel C. Straight<br>Mark M. Bettilyon |
| 4 | | Samuel C. Straight |
| 5 | | Attorneys for CytoSport, Inc. |
| 6 | Dated: December 27, 2007. | COWAN, LIEBOWITZ & LATMAN, P.C. |
| 7 | | |
| 8 | |    /s/ Kieran G. Doyle<br>Albert Robin |
| 9 | | Kieran G. Doyle |
| 10 | | Attorneys for The Isopure Company, LLC, formerly known as Nature's Best, Inc. |
| 11 | | |
| 12 | Dated: December 27, 2007. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 13 | |    /s/ Gregory A. Long |
| 14 | | Gregory A. Long |
| 15 | | Attorneys for Kerry (Quebec) Inc. and Kerry Inc. |

-3-

**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE THE ISOPURE COMPANY, L.L.C. IN PLACE AND STEAD OF NATURE'S BEST, INC.**

25853/063/813444.3
124801.1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause appearing, it is **HEREBY ORDERED** that The Isopure Company, L.L.C. is substituted in place and stead of Nature's Best, Inc. pursuant to the parties' stipulation and Rule 25 of the Federal Rules of Civil Procedure.

Date: December 27, 2007         /s/ Ralph R. Beistline_____
                                          United States District Judge

-4-

PDF created with pdfFactory trial version www.pdffactory.com