Glenn W. Peterson (California SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Peter M. de Jonge (Utah SBN 7185)
Gordon K. Hill (California SBN 218999)
**THORPE, NORTH & WESTERN, LLP**
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsmile: (801) 566-0753

Mark M. Bettilyon (Utah SBN 4798)
Samuel C. Straight (Utah SBN 7638)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

*Attorneys for Plaintiff CytoSport, Inc.*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>THE ISOPURE COMPANY, LLC, a Delaware limited liability company,  KERRY (QUEBEC), INC. a Canadian Corporation, KERRY FOODS, INC., a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>          Defendants. | ORDER OF DISMISSAL WITH PREJUDICE<br><br><br>Case No.: 2:06-CV-01799<br><br>Judge Ralph R. Beistline<br><br>Magistrate Judge Edmund F. Brennan |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties, Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the settlement agreements entered into by the parties, and good cause appearing,

IT IS HEREBY ORDERED that this action and all claims and counterclaims asserted therein are dismissed with prejudice. The Court shall retain jurisdiction over this matter solely for purposes of enforcing the terms of the parties' settlement agreements.

DATED this 2nd day of January, 2008

BY THE COURT:

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline
United States District Judge

APPROVED AS TO FORM AND CONTENT:

RAY QUINNEY & NEBEKER P.C.


/s/ Samuel C. Straight
Mark M. Bettilyon
Samuel C. Straight

*Attorneys for Plaintiff Cytosport, Inc.*

COWAN, LIEBOWITZ & LATMAN, P.C

/s/ Kieran Doyle
Albert Robin
Kieran Doyle

*Attorneys for Defendants The Isopure Company, LLC*

2

PDF created with pdfFactory trial version www.pdffactory.com

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

   /s/ Gregory A. Long
3  Gregory A. Long
   Dennis J. Smith

4
   *Attorneys for Kerry (Quebec) Inc. and Kerry Inc.*

3

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2007 a true and correct copy of the foregoing [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE was filed with the Clerk of Court using the CM/ECF System which sent notification of such filing to the following:

Michael E. Chase
Boutin Dentino Gibson Di Giusto Hodell Inc.
555 Capitol Mall, Suite 1500
Sacramento, CA 94814

Albert Robin
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York  10036-6799

sent, via U.S. mail, postage prepaid, to the following:

Dennis J. Smith
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

/s/ Brandy Judd

950319 v.2

PDF created with pdfFactory trial version www.pdffactory.com